# EXHIBIT 3

| | |
|---|---|
| **From:** | Office of Justice Programs <OJP_COMMS@public.govdelivery.com> |
| **Sent:** | Monday, August 18, 2025 3:41 PM |
| **To:** | ▮▮▮▮▮▮▮▮▮ (OVS) |
| **Subject:** | Notice Regarding Unallowable Costs |

VIA: Electronic Mail

## NOTICE REGARDING UNALLOWABLE COSTS UNDER THE AWARD

**Date**: August 18, 2025

**Subject**: Notice Regarding Unallowable Costs Under 15POVC-24-GG-00704-COMP

Effective immediately upon receipt of this notice, any obligations of funds, at any tier, under this award to provide (or to support the provision of) legal services to any removable alien or any alien otherwise unlawfully present in the United States shall be unallowable costs for purposes of this award, but the foregoing shall not be understood to apply—(1) to legal services to obtain protection orders for victims of crime; or (2) to immigration-related legal services that may be expressly authorized or required by any law, or any judicial ruling, governing or applicable to the award.

(End of Notice)

---

You received this email because you are a current or previous Department of Justice grant applicant or award recipient. GovDelivery is providing this service on behalf of the Department of Justice and may not use your subscription information for any other purposes. For more information, review the Department of Justice Privacy Policy and the GovDelivery Privacy Policy.

---

This email was sent to ▮▮▮▮▮▮▮@ovs.ny.gov using GovDelivery Communications Cloud on behalf of Department of Justice · Washington, DC

