# EXHIBIT 4

████████████

| | |
|---|---|
| **From:** | Office of Justice Programs <OJP_COMMS@public.govdelivery.com> |
| **Sent:** | Monday, September 15, 2025 8:58 AM |
| **To:** | ████████████ (OVS) |
| **Subject:** | Notice Regarding Unallowable Costs (re: legal services to certain aliens) |

VIA: Electronic Mail

**NOTICE REGARDING UNALLOWABLE COSTS UNDER THE AWARD (re: legal services to certain aliens)**

**Date**: September 15, 2025

**Subject**: Notice Regarding Unallowable Costs Under the Award 15POVC-24-GG-00704-COMP (re: legal services to certain aliens)

The notice entitled "Notice Regarding Unallowable Costs Under the Award" that was sent on August 18, 2025 (which this notice supersedes), will be implemented as specified in the DOJ Grants Financial Guide, in Chapter 3.13 "Unallowable Costs" ("Legal Services for Aliens"). As provided in the award itself, compliance with the DOJ Grants Financial Guide is a material requirement of the award. The award requirement specified in the DOJ Grants Financial Guide, in Chapter 3.13 "Unallowable Costs" ("Legal Services for Aliens") will be effective – and will be subject to enforcement under this Federal grant award from the Department of Justice – starting on October 31, 2025.

(End of Notice)

You received this email because you are a current or previous Department of Justice grant applicant or award recipient. GovDelivery is providing this service on behalf of the Department of Justice and may not use your subscription information for any other purposes. For more information, review the Department of Justice Privacy Policy and the GovDelivery Privacy Policy.

This email was sent to ████████@ovs.ny.gov using GovDelivery Communications Cloud on behalf of Department of Justice · Washington, DC





1