# EXHIBIT 5

**From:** Department of Justice <OJP_COMMS@public.govdelivery.com>
**Sent:** Tuesday, September 30, 2025 9:51 AM
**To:** ▮▮▮▮▮▮▮ (OVS)
**Subject:** DOJ Grants Financial Guide Update

View on Mobile or Webpage

# GRANTS MANAGEMENT UPDATES



U.S. Department of Justice

*Updates, information, and resources to assist U.S. Department of Justice grant applicants and award recipients.*

 ANNOUNCEMENTS

## DOJ Grants Financial Guide Update

The Department of Justice (DOJ) has updated the DOJ Grants Financial Guide, which serves as the primary reference manual for Office of Justice Programs (OJP), Office on Violence Against Women (OVW), and Office of Community Oriented Policing Services (COPS Office) award recipients. Grantees should reference the DOJ Grants Financial Guide as they fulfill their fiduciary responsibilities to safeguard grant funds and ensure funds are used for the purposes for which they were awarded.

Updates made to the DOJ Grants Financial Guide and their effective dates are highlighted in the table below:

| Chapter/Topic | Date | Sub-Topic | Description/Comments |
|---|---|---|---|
| Chapter 3.15 - Reporting Requirements | March 2025 | Reports Required Under the Federal Funding Accountability and Transparency Act (FFATA) | Updated FFATA subaward reporting references and links to reflect the subaward reporting system change from the Federal Service and Financial Reporting System (FSRS) to the System for Award Management (SAM.gov). |
| Chapter 3.13 - Unallowable Costs | June 2025 | Removed OJP-Specific Tip | Removed OJP-specific tip concerning unallowable use of Bureau of Justice Assistance (BJA) grant funds for unmanned aircraft systems (UAS) and associated elements. |

| Chapter 3.13 - Unallowable Costs | Sept 2025 | Legal Services for Aliens | Added language regarding unallowable use of DOJ federal grant funds for legal services for any removable alien (see 8 U.S.C. § 1229a(e)(2)) or any alien otherwise unlawfully present in the United States. |
|---|---|---|---|

If you have any questions or need additional information regarding financial management, please contact the appropriate DOJ grant component.

**Office of Justice Programs (OJP)**
Contact the Office of the Chief Financial Officer Customer Service Center at 800-458-0786, Monday through Friday from 8:30 a.m. to 6:00 p.m. ET, or by email at Ask.OCFO@usdoj.gov.

**Office on Violence Against Women (OVW)**
Contact the Grants Financial Management Division at 888-514-8556, Monday through Friday from 7:00 a.m. to 4:30 p.m. ET, or by email at OVW.GFMD@usdoj.gov.

**Office of Community Oriented Policing Services (COPS Office)**
Contact the COPS Office Response Center at 800-421-6770, Monday through Friday from 9:00 a.m. to 5:00 p.m. ET, or by email at AskCopsRC@usdoj.gov.

You received this email because you are a current or previous Department of Justice grant applicant or award recipient.

GovDelivery is providing this service on behalf of the Department of Justice and may not use your subscription information for any other purposes. For more information, review the Department of Justice Privacy Policy and the GovDelivery Privacy Policy

This email was sent to ███████@ovs.ny.gov using GovDelivery Communications Cloud on behalf of Department of Justice · Washington, DC

