AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Rhode Island

| | | |
|---|---|---|
| State of New York et al. | ) | |
| *Plaintiff(s)* | ) ) ) ) ) | |
| v. | ) ) | Civil Action No. 1:25-cv-00499 |
| U.S. Department of Justice et al. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  See attached.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __October 01, 2025__                    __/s/ Hanorah Tyer-Witek__
                                                **Clerk of Court**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-00499

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Department of Justice
was received by me on *(date)* 10/3/2025 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Today, I sent by certified mail (1) a copy of the Summons, Complaint, ~~and Preliminary Injunction Motion~~ to the defendant's address stated on the summons; (2) copies of the same to the Attorney General of the United States in Washington, D.C.; and (3) copies of the same to the civil process clerk at the United States' Attorney's Office for the District of RI.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/3/2025

*Server's signature*

William Piva, Investigator
*Printed name and title*

4 Howard Avenue, Cranston, RI, 02920
*Server's address*

Additional information regarding attempted service, etc:

                                              Respectfully submitted,

| | |
|---|---|
| **LETITIA JAMES** | **PHILIP J. WEISER** |
| Attorney General for the State of New York | Attorney General for the State of Colorado |
| | |
| By: */s/ Natasha M. Korgaonkar* | By: */s/ David Moskowitz* |
| Rabia Muqaddam* | David Moskowitz* |
| *Chief Counsel for Federal Initiatives* | *Deputy Solicitor General* |
| Natasha M. Korgaonkar* | Nora Passamaneck* |
| *Special Counsel* | *Senior Assistant Attorney General* |
| Zoe Levine* | Finnuala K. Tessier* |
| *Special Counsel* | *Assistant Attorney General* |
| Benjamin Liebowitz* | Colorado Department of Law |
| *Assistant Attorney General* | 1300 Broadway, #10 |
| 28 Liberty St. New York, NY 10005 | Denver, CO 80203 |
| 212-416-6557 | (720) 508-6000 |
| Natasha.Korgaonkar@ag.ny.gov | david.moskowitz@coag.gov |
| | |
| *Attorneys for the State of New York* | *Attorneys for the State of Colorado* |
| | |
| **KWAME RAOUL** | **PETER F. NERONHA** |
| Attorney General of Illinois | Attorney General of Rhode Island |
| | |
| By: */s/ Michael M. Tresnowski* | By: */s/ Patrick J. Dolan* |
| Michael M. Tresnowski* | Patrick J. Dolan (RI No. 10462) |
| *Assistant Attorney General* | *Senior Counsel to the Attorney General* |
| Alex Hemmer* | Paul T.J. Meosky (RI No. 10742) |
| *Deputy Solicitor General* | *Special Assistant Attorney General* |

Christopher G. Wells*
*Chief of the Public Interest Division*
R. Henry Weaver*
*Assistant Attorney General*
Office of the Illinois Attorney General
115 LaSalle Street
Chicago, IL 60603
(773) 758-4496
Michael.Tresnowski@ilag.gov

*Attorneys for the State of Illinois*

**KRISTIN K. MAYES**
Attorney General of Arizona

By: */s/ Joshua G. Nomkin*
Joshua G. Nomkin*
Office of the Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004
(602) 542-3333
Joshua.Nomkin@azag.gov

*Attorney for the State of Arizona*

150 South Main Street
Providence, RI 02903
(401) 274-4400
PDolan@riag.ri.gov
PMeosky@riag.ri.gov

*Attorneys for the State of Rhode Island*

**ROB BONTA**
Attorney General for the State of California

Michael L. Newman*
*Senior Assistant Attorney General*
Joel Marrero*
*Supervising Deputy Attorney General*
Jesse Basbaum*
Brian Bilford*
Luke Freedman*
Lee I. Sherman*
*Deputy Attorneys General*

By: */s/ Christopher P. Tenorio*
Christopher P. Tenorio*
*Deputy Attorney General*
California Department of Justice
600 W. Broadway, Suite 1800
San Diego, CA 92101 (619) 738-9000
Christopher.Tenorio@doj.ca.gov

*Attorneys for the State of California*

**BRIAN L. SCHWALB**
Attorney General for the District of Columbia

By: */s/ Mitchell P. Reich*
Mitchell P. Reich*
*Senior Counsel to the Attorney General*

**WILLIAM TONG**
Attorney General of Connecticut

By: */s/ Ashley Meskill*
Ashley Meskill*
Assistant Attorney General
Connecticut Office of the Attorney General

49

Office of the Attorney General for the District of Columbia
400 Sixth Street, NW
Washington, D.C. 20001
(202) 279-1261
mitchell.reich@dc.gov

*Attorney for the District of Columbia*

**KATHLEEN JENNINGS**
Attorney General of the State of Delaware

By: /s/ *Ian R. Liston*
Ian R. Liston*
Director of Impact Litigation
Vanessa L. Kassab*
Deputy Attorney General
Rose Gibson*
Assistant Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
Ian.Liston@delaware.gov

*Attorneys for the State of Delaware*

**ANTHONY G. BROWN**
Attorney General for the State of Maryland

By: /s/ *Virginia A. Williamson*
Virginia A. Williamson*
Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6584
VWilliamson@oag.state.md.us

*Attorney for the State of Maryland*

165 Capitol Avenue
Hartford, CT 06106
(860) 808-5270
ashley.meskill@ct.gov

*Attorney for the State of Connecticut*

**AARON M. FREY**
Attorney General for the State of Maine

By: /s/ Stanley Abraham
Stanley Abraham*
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
Tel.: 207-626-8800
Fax: 207-287-3145
Stanley.Abraham@maine.gov

*Attorney for the State of Maine*

**ANDREA JOY CAMPBELL**
Attorney General for the Commonwealth of Massachusetts

By: /s/ *Michelle R. Pascucci*
Katherine B. Dirks*
Chief State Trial Counsel
Michelle Rita Pascucci*
State Trial Counsel
1 Ashburton Place
Boston, Massachusetts 02108
(617) 963-2255
Katherine.Dirks@mass.gov
Michelle.Pascucci@mass.gov

*Attorneys for the Commonwealth of Massachusetts*

| | |
|---|---|
| **DANA NESSEL**<br>Attorney General of Michigan<br><br>By: /s/ Neil Giovanatti<br>Neil Giovanatti*<br>John Pallas*<br>*Assistant Attorneys General*<br>Michigan Department of Attorney General<br>525 W. Ottawa<br>Lansing, MI 48909<br>(517) 335-7603<br>GiovanattiN@michigan.gov<br>PallasJ@michigan.gov<br><br>*Attorneys for the State of Michigan* | **KEITH ELLISON**<br>Attorney General for the State of Minnesota<br><br>By: /s/ Joseph R. Richie<br>Joseph R. Richie*<br>Special Counsel<br>445 Minnesota Street, Suite 1400<br>St. Paul, Minnesota, 55101<br>(651) 300-0921<br>joseph.richie@ag.state.mn.us<br><br>*Attorney for the State of Minnesota* |
| **AARON D. FORD**<br>Attorney General for the State of Nevada<br><br>By: /s/ Heidi Parry Stern<br>Heidi Parry Stern*<br>Solicitor General<br>Office of the Nevada Attorney General<br>1 State of Nevada Way, Ste. 100<br>Las Vegas, NV 89119<br>HStern@ag.nv.gov<br><br>*Attorney for the State of Nevada* | **MATTHEW J. PLATKIN**<br>Attorney General of New Jersey<br><br>By: /s/ Meghan Musso<br>Meghan Musso*<br>Amanda McElfresh*<br>*Deputy Attorneys General*<br>Office of the Attorney General<br>25 Market Street<br>Trenton, NJ 08625<br>(609) 696-5276<br>meghan.musso@law.njoag.gov<br><br>*Counsel for the State of New Jersey* |
| **RAÚL TORREZ**<br>Attorney General for the State of New Mexico<br><br>By: /s/ Mark Noferi<br>Mark Noferi*<br>*Senior Litigation Counsel*<br>NM Department of Justice<br>408 Galisteo Street<br>Santa Fe, New Mexico 87501<br>(505) 490-4060 | **DAN RAYFIELD**<br>Attorney General of Oregon<br><br>By: /s/ Scott P. Kennedy<br>Scott P. Kennedy*<br>Senior Assistant Attorney General<br>Oregon Department of Justice<br>100 SW Market Street<br>Portland, OR 97201<br>Tel (971) 453-9050<br>Fax (971) 673-5000 |

MNoferi@nmdoj.gov

*Attorney for the State of New Mexico*

**CHARITY R. CLARK**
Attorney General for the State of Vermont

By: */s/ Jonathan T. Rose*
Jonathan T. Rose*
Solicitor General
109 State Street
Montpelier, VT 05609
(802) 828-3171
jonathan.rose@vermont.gov

*Attorney for the State of Vermont*

Scott.Kennedy@doj.oregon.gov

*Attorney for Plaintiff State of Oregon*

**NICHOLAS W. BROWN**
Attorney General of Washington

By: */s/ Benjamin Seel*
Benjamin Seel*
*Assistant Attorney General*
Marsha Chien*
Cristina Sepe*
*Deputy Solicitors General*
Washington State Office
of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
Benjamin.Seel@atg.wa.gov

*Attorneys for the State of Washington*

**JOSHUA L. KAUL**
Attorney General for the State of Wisconsin

By: */s/ Colin T. Roth*
Colin T. Roth*
Assistant Attorney General
Wisconsin Department of Justice
17 West Main Street
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-7636
colin.roth@wisdoj.gov

*Attorney for the State of Wisconsin*

\* Pro hac vice application forthcoming