AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | |
|---|---|
| State of New York et al. <br><br> *Plaintiff(s)* <br> v. <br> U.S. Department of Justice et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:25-cv-00499 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Pamela J. Bondi, in her official capacity as Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   See attached.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **October 01, 2025**

/s/ **Hanorah Tyer-Witek**
**Clerk of Court**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-00499

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Pamela J. Bondi as Attorney General of the United States
was received by me on *(date)* 10/3/2025.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Today, I sent by certified mail (1) a copy of the Summons, Complaint, and Preliminary Injunction Motion to the defendant's address stated on the summons; (2) copies of the same to the Attorney General of the United States in Washington, D.C.; and (3) copies of the same to the civil process clerk at the United States' Attorney's Office for the District of RI.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 10/3/2025

_____
Server's signature

William Piva, Investigator
*Printed name and title*

4 Howard Avenue, Cranston, RI, 02920
*Server's address*

Additional information regarding attempted service, etc:

Respectfully submitted,

**LETITIA JAMES**
Attorney General for the State of New York

By: */s/ Natasha M. Korgaonkar*
Rabia Muqaddam*
*Chief Counsel for Federal Initiatives*
Natasha M. Korgaonkar*
*Special Counsel*
Zoe Levine*
*Special Counsel*
Benjamin Liebowitz*
*Assistant Attorney General*
28 Liberty St. New York, NY 10005
212-416-6557
Natasha.Korgaonkar@ag.ny.gov

*Attorneys for the State of New York*

**PHILIP J. WEISER**
Attorney General for the State of Colorado

By: */s/ David Moskowitz*
David Moskowitz*
*Deputy Solicitor General*
Nora Passamaneck*
*Senior Assistant Attorney General*
Finnuala K. Tessier*
*Assistant Attorney General*
Colorado Department of Law
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
david.moskowitz@coag.gov

*Attorneys for the State of Colorado*

**KWAME RAOUL**
Attorney General of Illinois

By: */s/ Michael M. Tresnowski*
Michael M. Tresnowski*
*Assistant Attorney General*
Alex Hemmer*
*Deputy Solicitor General*

**PETER F. NERONHA**
Attorney General of Rhode Island

By: */s/ Patrick J. Dolan*
Patrick J. Dolan (RI No. 10462)
*Senior Counsel to the Attorney General*
Paul T.J. Meosky (RI No. 10742)
*Special Assistant Attorney General*

Christopher G. Wells*
*Chief of the Public Interest Division*
R. Henry Weaver*
*Assistant Attorney General*
Office of the Illinois Attorney General
115 LaSalle Street
Chicago, IL 60603
(773) 758-4496
Michael.Tresnowski@ilag.gov

*Attorneys for the State of Illinois*

150 South Main Street
Providence, RI 02903
(401) 274-4400
PDolan@riag.ri.gov
PMeosky@riag.ri.gov

*Attorneys for the State of Rhode Island*

**KRISTIN K. MAYES**
Attorney General of Arizona

By: /s/ Joshua G. Nomkin
Joshua G. Nomkin*
Office of the Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004
(602) 542-3333
Joshua.Nomkin@azag.gov

*Attorney for the State of Arizona*

**ROB BONTA**
Attorney General for the State of California

Michael L. Newman*
*Senior Assistant Attorney General*
Joel Marrero*
*Supervising Deputy Attorney General*
Jesse Basbaum*
Brian Bilford*
Luke Freedman*
Lee I. Sherman*
*Deputy Attorneys General*

By: /s/ Christopher P. Tenorio
Christopher P. Tenorio*
*Deputy Attorney General*
California Department of Justice
600 W. Broadway, Suite 1800
San Diego, CA 92101 (619) 738-9000
Christopher.Tenorio@doj.ca.gov

*Attorneys for the State of California*

**BRIAN L. SCHWALB**
Attorney General for the District of Columbia

By: /s/ Mitchell P. Reich
Mitchell P. Reich*
*Senior Counsel to the Attorney General*

**WILLIAM TONG**
Attorney General of Connecticut

By: /s/ Ashley Meskill
Ashley Meskill*
Assistant Attorney General
Connecticut Office of the Attorney General

49

Office of the Attorney General for the District of Columbia
400 Sixth Street, NW
Washington, D.C. 20001
(202) 279-1261
mitchell.reich@dc.gov

*Attorney for the District of Columbia*

**KATHLEEN JENNINGS**
Attorney General of the State of Delaware

By: */s/ Ian R. Liston*
Ian R. Liston*
Director of Impact Litigation
Vanessa L. Kassab*
Deputy Attorney General
Rose Gibson*
Assistant Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
Ian.Liston@delaware.gov

*Attorneys for the State of Delaware*

**ANTHONY G. BROWN**
Attorney General for the State of Maryland

By: */s/ Virginia A. Williamson*
Virginia A. Williamson*
Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6584
VWilliamson@oag.state.md.us

*Attorney for the State of Maryland*

165 Capitol Avenue
Hartford, CT 06106
(860) 808-5270
ashley.meskill@ct.gov

*Attorney for the State of Connecticut*

**AARON M. FREY**
Attorney General for the State of Maine

By: */s/ Stanley Abraham*
Stanley Abraham*
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
Tel.: 207-626-8800
Fax: 207-287-3145
Stanley.Abraham@maine.gov

*Attorney for the State of Maine*

**ANDREA JOY CAMPBELL**
Attorney General for the Commonwealth of Massachusetts

By: */s/ Michelle R. Pascucci*
Katherine B. Dirks*
Chief State Trial Counsel
Michelle Rita Pascucci*
State Trial Counsel
1 Ashburton Place
Boston, Massachusetts 02108
(617) 963-2255
Katherine.Dirks@mass.gov
Michelle.Pascucci@mass.gov

*Attorneys for the Commonwealth of Massachusetts*

**DANA NESSEL**
Attorney General of Michigan

By: /s/ Neil Giovanatti
Neil Giovanatti*
John Pallas*
*Assistant Attorneys General*
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov
PallasJ@michigan.gov

*Attorneys for the State of Michigan*


**AARON D. FORD**
Attorney General for the State of Nevada

By: /s/ Heidi Parry Stern
Heidi Parry Stern*
Solicitor General
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
HStern@ag.nv.gov

*Attorney for the State of Nevada*


**RAÚL TORREZ**
Attorney General for the State of New Mexico

By: /s/ Mark Noferi
Mark Noferi*
*Senior Litigation Counsel*
NM Department of Justice
408 Galisteo Street
Santa Fe, New Mexico 87501
(505) 490-4060

**KEITH ELLISON**
Attorney General for the State of Minnesota

By: /s/ Joseph R. Richie
Joseph R. Richie*
Special Counsel
445 Minnesota Street, Suite 1400
St. Paul, Minnesota, 55101
(651) 300-0921
joseph.richie@ag.state.mn.us

*Attorney for the State of Minnesota*


**MATTHEW J. PLATKIN**
Attorney General of New Jersey

By: /s/ Meghan Musso
Meghan Musso*
Amanda McElfresh*
*Deputy Attorneys General*
Office of the Attorney General
25 Market Street
Trenton, NJ 08625
(609) 696-5276
meghan.musso@law.njoag.gov

*Counsel for the State of New Jersey*


**DAN RAYFIELD**
Attorney General of Oregon

By: /s/ Scott P. Kennedy
Scott P. Kennedy*
Senior Assistant Attorney General
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Tel (971) 453-9050
Fax (971) 673-5000

MNoferi@nmdoj.gov

*Attorney for the State of New Mexico*

**CHARITY R. CLARK**
Attorney General for the State of Vermont

By: */s/ Jonathan T. Rose*
Jonathan T. Rose*
Solicitor General
109 State Street
Montpelier, VT 05609
(802) 828-3171
jonathan.rose@vermont.gov

*Attorney for the State of Vermont*

Scott.Kennedy@doj.oregon.gov

*Attorney for Plaintiff State of Oregon*

**NICHOLAS W. BROWN**
Attorney General of Washington

By: */s/ Benjamin Seel*
Benjamin Seel*
*Assistant Attorney General*
Marsha Chien*
Cristina Sepe*
*Deputy Solicitors General*
Washington State Office
of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
Benjamin.Seel@atg.wa.gov

*Attorneys for the State of Washington*

**JOSHUA L. KAUL**
Attorney General for the State of Wisconsin

By: */s/ Colin T. Roth*
Colin T. Roth*
Assistant Attorney General
Wisconsin Department of Justice
17 West Main Street
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-7636
colin.roth@wisdoj.gov

*Attorney for the State of Wisconsin*

* Pro hac vice application forthcoming