IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:25-cv-00499-MRD |

**MOTION FOR A STAY IN LIGHT OF LAPSE OF APPROPRIATIONS,
OR IN THE ALTERNATIVE, FOR A BRIEFING SCHEDULE**

Defendants hereby move for a stay of the deadline to respond to Plaintiffs' preliminary injunction motion in the above-captioned case, or in the alternative, for a briefing schedule, and in support state as follows:

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies, including the federal Defendants. The Department does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees of the federal Defendants are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of proceedings in this case, including in particular Defendants' October 15, 2025 deadline to respond to Plaintiffs' motion for a preliminary injunction, *see* ECF No. 3 (preliminary injunction motion filed on

1

October 1, 2025); LR Cv 7(a)(3) (providing that a response to a motion "must be filed within 14 days after service of the motion unless the Court shortens or extends the time"), until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

5. If this motion for a stay is not granted, Defendants propose in the alternative that the Court adopt the following briefing schedule:

    a. Defendants' response to the preliminary injunction motion due by October 22, 2025

    b. Plaintiffs' reply due by October 29, 2025

6. Undersigned counsel has conferred with opposing counsel regarding this motion. Plaintiffs oppose the Government's request for a stay, but since Defendants have agreed not to enforce the challenged provision before November 14, 2025, Plaintiffs consent to the briefing schedule proposed above.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of deadlines in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions, and in the alternative, requests that the Court set the briefing schedule proposed herein.

Dated: October 3, 2025

                                                  Respectfully submitted,

                                                  BRETT A. SHUMATE

*Assistant Attorney General, Civil Division*

YAAKOV M. ROTH
*Principal Deputy Assistant Attorney General*

ANDREW I. WARDEN
*Assistant Branch Director*

/s/  Elisabeth J. Neylan
Elisabeth J. Neylan
N.Y. Bar Reg. No.: 6125736
*Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 616-3519
Email: elisabeth.j.neylan@usdoj.gov

*Counsel for Defendants*