# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | |
|---|---|
| State of New York et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-00499 |
| Department of Justice, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the State of New York     .

Date:   10/03/2025

/s/ Rabia Muqaddam
*Attorney's signature*

Rabia Muqaddam NY Bar # 5319413
*Printed name and bar number*

Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
*Address*

rabia.muqaddam@ag.ny.gov
*E-mail address*

(212) 416-8883
*Telephone number*

*FAX number*