UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STATE OF NEW YORK, et al.,
      *Plaintiffs*,

v.

UNITED STATES DEPARTMENT OF JUSTICE, et. al.

      *Defendants*.

No. 1:25-cv-00499-MRD-AEM

**PLAINTIFF STATES' RESPONSE IN OPPOSITION TO MOTION FOR STAY**

Plaintiff States oppose Defendants' Motion for a Stay. A stay would deny Plaintiff States the opportunity to obtain relief before the contested condition in this case takes effect. Furthermore, continued litigation on this matter is consistent with DOJ policy.

**I. A Stay Would Deny Plaintiff States the Opportunity to Obtain Relief Before the Challenged Condition Takes Effect.**

Plaintiff States filed this case to challenge Defendants' imposition of a Legal Services Condition on past and future grants. *See* ECF No. 1, ¶¶ 4-5. Defendants had previously stated that starting October 31, 2025, they will begin enforcing the Legal Services Condition on Plaintiff States. ECF No. 3 at 21. Plaintiff States have filed for preliminary relief, seeking to enjoin the application of the Legal Services Condition before the October 31 deadline. *Id*. They have demonstrated that absent such relief they will suffer irreparable harm. *Id*. at 28-32.

If the Court stays this matter, it is unlikely that that the Parties will brief and resolve this dispute prior to the October 31, 2025 enforcement date.[1] The stay will effectively deny the Plaintiff

---

[1] Plaintiff States note that in the Motion, Defendants have newly represented that "Defendants have agreed not to enforce the challenged provision before November 14, 2025." *See* ECF No. 18, ¶ 6. This date was previously discussed among counsel only as part of the

1

States the preliminary relief they seek. Plaintiff States offered to agree to a stay, if Defendants agreed to push the enforcement date until the stay was lifted, but Defendants rejected this offer. Accordingly, the Plaintiff States' only option for resolution of their pending Motion for Preliminary Injunction is continued briefing without delay, seeking a decision from this Court prior to the Condition's enforcement date.

## II.  DOJ Policy permits continued litigation of this matter.

Defendants argue that a stay is required in light of the recent lapse of appropriations. But while 31 U.S.C. § 1342 prohibits the federal government from accepting voluntary services "exceeding [those] authorized by law," current Department of Justice policy recognizes that the denial of a stay request "would constitute express legal authorization for the activity to continue." United States Dep't of Justice, "U.S. Department of Justice FY 2026 Contingency Plan," (Sep. 29, 2025), https://www.justice.gov/jmd/media/1377216/dl [https://perma.cc/62KX-SVSU], at 3. In others matters before the District of Rhode Island, the Court has expressly cited this provision of DOJ policy in denying requests for a stay. *See United States of America v. State of Rhode Island*, 1:14-cv-00175-JJM-PAS (D.R.I.), October 2, 2025 Text Order; *New York, et al. v. Kennedy*, et al., 1:25-cv-00196-MRD-PAS (D.R.I.), October 3, 2025 Text Order.

Accordingly, this Court should deny Defendants' Motion, and enter Defendants' proposed briefing schedule, to the extent that schedule is amenable to the Court.

---

briefing schedule proposed in the alternative by Defendants. It is unclear whether Defendants have now moved the enforcement date from October 31st to November 14th irrespective of how the Court rules, or whether the enforcement date will become November 14th only if the Court orders the schedule proposed in the alternative.

Dated: October 5, 2025                                Respectfully submitted,

| | |
|---|---|
| **LETITIA JAMES** <br> Attorney General for the State of New York <br><br> By: */s/ Natasha M. Korgaonkar* <br> Rabia Muqaddam <br> *Chief Counsel for Federal Initiatives* <br> Natasha M. Korgaonkar <br> *Special Counsel* <br> Zoe Levine <br> *Special Counsel* <br> Benjamin Liebowitz <br> *Assistant Attorney General* <br> 28 Liberty St. New York, NY 10005 <br> 212-416-6557 <br> Natasha.Korgaonkar@ag.ny.gov <br><br> *Attorneys for the State of New York* | **PHILIP J. WEISER** <br> Attorney General for the State of Colorado <br><br> By: */s/ David Moskowitz* <br> David Moskowitz <br> *Deputy Solicitor General* <br> Nora Passamaneck <br> *Senior Assistant Attorney General* <br> Finnuala K. Tessier <br> *Assistant Attorney General* <br> Colorado Department of Law <br> 1300 Broadway, #10 <br> Denver, CO 80203 <br> (720) 508-6000 <br> david.moskowitz@coag.gov <br><br> *Attorneys for the State of Colorado* |
| **KWAME RAOUL** <br> Attorney General of Illinois <br><br> By: */s/ Michael M. Tresnowski* <br> Michael M. Tresnowski <br> *Assistant Attorney General* <br> Alex Hemmer <br> *Deputy Solicitor General* <br> Christopher G. Wells <br> *Chief of the Public Interest Division* <br> R. Henry Weaver <br> *Assistant Attorney General* <br> Office of the Illinois Attorney General <br> 115 LaSalle Street <br> Chicago, IL 60603 <br> (773) 758-4496 <br> Michael.Tresnowski@ilag.gov <br><br> *Attorneys for the State of Illinois* | **PETER F. NERONHA** <br> Attorney General of Rhode Island <br><br> By: */s/ Patrick J. Dolan* <br> Patrick J. Dolan (RI No. 10462) <br> *Senior Counsel to the Attorney General* <br> Paul T.J. Meosky (RI No. 10742) <br> *Special Assistant Attorney General* <br> 150 South Main Street <br> Providence, RI 02903 <br> (401) 274-4400 <br> PDolan@riag.ri.gov <br> PMeosky@riag.ri.gov <br><br> *Attorneys for the State of Rhode Island* |
| **KRISTIN K. MAYES** <br> Attorney General of Arizona | **ROB BONTA** <br> Attorney General for the State of California |

By: /s/ Joshua G. Nomkin
Joshua G. Nomkin
Office of the Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004
(602) 542-3333
Joshua.Nomkin@azag.gov

*Attorney for the State of Arizona*

Michael L. Newman
*Senior Assistant Attorney General*
Joel Marrero
*Supervising Deputy Attorney General*
Jesse Basbaum
Brian Bilford
Luke Freedman
Lee I. Sherman
*Deputy Attorneys General*

By: /s/ Christopher P. Tenorio
Christopher P. Tenorio
*Deputy Attorney General*
California Department of Justice
600 W. Broadway, Suite 1800
San Diego, CA 92101 (619) 738-9000
Christopher.Tenorio@doj.ca.gov

*Attorneys for the State of California*

**BRIAN L. SCHWALB**
Attorney General for the District of Columbia

By: /s/ Mitchell P. Reich
Mitchell P. Reich
*Senior Counsel to the Attorney General*
Office of the Attorney General for the District of Columbia
400 Sixth Street, NW
Washington, D.C. 20001
(202) 279-1261
mitchell.reich@dc.gov

*Attorney for the District of Columbia*

**WILLIAM TONG**
Attorney General of Connecticut

By: /s/ Ashley Meskill
Ashley Meskill
Assistant Attorney General
Connecticut Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5270
ashley.meskill@ct.gov

*Attorney for the State of Connecticut*

**KATHLEEN JENNINGS**
Attorney General of the State of Delaware

By: /s/ Ian R. Liston
Ian R. Liston
Director of Impact Litigation

**AARON M. FREY**
Attorney General for the State of Maine

By: /s/ Stanley Abraham
Stanley Abraham
Assistant Attorney General

4

Vanessa L. Kassab
Deputy Attorney General
Rose Gibson
Assistant Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
Ian.Liston@delaware.gov

*Attorneys for the State of Delaware*

**ANTHONY G. BROWN**
Attorney General for the State of Maryland

By: */s/ Virginia A. Williamson*
Virginia A. Williamson
Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6584
VWilliamson@oag.state.md.us

*Attorney for the State of Maryland*

**DANA NESSEL**
Attorney General of Michigan

By: */s/ Neil Giovanatti*
Neil Giovanatti
John Pallas
*Assistant Attorneys General*
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov
PallasJ@michigan.gov

*Attorneys for the State of Michigan*

Office of the Attorney General
 6 State House Station
Augusta, ME  04333-0006
Tel.:  207-626-8800
Fax:  207-287-3145
Stanley.Abraham@maine.gov

*Attorney for the State of Maine*

**ANDREA JOY CAMPBELL**
Attorney General for the Commonwealth of Massachusetts

By:  */s/ Michelle R. Pascucci*
Katherine B. Dirks
Chief State Trial Counsel
Michelle Rita Pascucci
State Trial Counsel
1 Ashburton Place
Boston, Massachusetts 02108
(617) 963-2255
Katherine.Dirks@mass.gov
Michelle.Pascucci@mass.gov

*Attorneys for the Commonwealth of Massachusetts*

**KEITH ELLISON**
Attorney General for the State of Minnesota

By: */s/ Joseph R. Richie*
Joseph R. Richie
Special Counsel
445 Minnesota Street, Suite 1400
St. Paul, Minnesota, 55101
(651) 300-0921
joseph.richie@ag.state.mn.us

*Attorney for the State of Minnesota*

5

| | |
|---|---|
| **AARON D. FORD**<br>Attorney General for the State of Nevada<br><br>By: /s/ Heidi Parry Stern<br>Heidi Parry Stern<br>Solicitor General<br>Office of the Nevada Attorney General<br>1 State of Nevada Way, Ste. 100<br>Las Vegas, NV 89119<br>HStern@ag.nv.gov<br><br>*Attorney for the State of Nevada* | **MATTHEW J. PLATKIN**<br>Attorney General of New Jersey<br><br>By: */s/ Meghan Musso*<br>Meghan Musso<br>Amanda McElfresh<br>*Deputy Attorneys General*<br>Office of the Attorney General<br>25 Market Street<br>Trenton, NJ 08625<br>(609) 696-5276<br>meghan.musso@law.njoag.gov<br><br>*Counsel for the State of New Jersey* |
| **RAÚL TORREZ**<br>Attorney General for the State of New Mexico<br><br>By: */s/ Mark Noferi*<br>Mark Noferi<br>*Senior Litigation Counsel*<br>NM Department of Justice<br>408 Galisteo Street<br>Santa Fe, New Mexico 87501<br>(505) 490-4060<br>MNoferi@nmdoj.gov<br><br>*Attorney for the State of New Mexico* | **DAN RAYFIELD**<br>Attorney General of Oregon<br><br>By: */s/ Scott P. Kennedy*<br>Scott P. Kennedy<br>Senior Assistant Attorney General<br>Oregon Department of Justice<br>100 SW Market Street<br>Portland, OR 97201<br>Tel (971) 453-9050<br>Fax (971) 673-5000<br>Scott.Kennedy@doj.oregon.gov<br><br>*Attorney for Plaintiff State of Oregon* |
| **CHARITY R. CLARK**<br>Attorney General for the State of Vermont<br><br>By: */s/ Jonathan T. Rose*<br>Jonathan T. Rose<br>Solicitor General<br>109 State Street<br>Montpelier, VT 05609<br>(802) 828-3171<br>jonathan.rose@vermont.gov<br><br>*Attorney for the State of Vermont* | **NICHOLAS W. BROWN**<br>Attorney General of Washington<br><br>By: */s/ Benjamin Seel*<br>Benjamin Seel<br>*Assistant Attorney General*<br>Marsha Chien<br>Cristina Sepe<br>*Deputy Solicitors General*<br>Washington State Office<br>of the Attorney General<br>800 Fifth Avenue, Suite 2000 |

       Seattle, WA 98104-3188
       (206) 464-7744
       Benjamin.Seel@atg.wa.gov

       *Attorneys for the State of Washington*


       **JOSHUA L. KAUL**
       Attorney General for the State of Wisconsin

       By: */s/ Colin T. Roth*
       Colin T. Roth
       Assistant Attorney General
       Wisconsin Department of Justice
       17 West Main Street
       Post Office Box 7857
       Madison, Wisconsin 53707-7857
       (608) 266-7636
       colin.roth@wisdoj.gov

       *Attorney for the State of Wisconsin*