## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

STATE OF NEW YORK, *et al.*,

        *Plaintiffs*,

*v.*

UNITED STATES DEPARTMENT OF JUSTICE, *et al.*,

        *Defendants*.

Civil Action No. 1:25-cv-00499-MRD

## CROSS-MOTION TO DISMISS

Defendants United States Department of Justice, *et al.*, hereby move the Court to dismiss this action for improper venue under Federal Rule of Civil Procedure 12(b)(3) for the reasons explained in the attached memorandum of points and authorities.

Dated: October 22, 2025

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General, Civil Division*

YAAKOV M. ROTH
*Principal Deputy Assistant Attorney General*

ANDREW I. WARDEN
*Assistant Branch Director*

*/s/ Elisabeth J. Neylan*
Elisabeth J. Neylan
N.Y. Bar Reg. No.: 6125736
*Trial Attorney*

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 616-3519
Email: elisabeth.j.neylan@usdoj.gov

*Counsel for Defendants*