# EXHIBIT #1

| | |
|---|---|
| **From:** | Korgaonkar, Natasha |
| **To:** | Andrew.Warden@usdoj.gov |
| **Cc:** | Muqaddam, Rabia; Liebowitz, Benjamin; Levine, Zoe; David Moskowitz; Nora Passamaneck; Finnuala Tessier; Tresnowski, Michael |
| **Subject:** | RE: "Legal Services for Aliens" provision |
| **Date:** | Thursday, September 25, 2025 8:16:00 PM |

Andrew,

Thank you for your response. Since last Friday, we have been trying to ascertain whether the condition applies to VAWA and other grants that did not receive a notice. From your response, we understand the condition to apply to VAWA, which changes the scope of the litigation. As a result, we will be in a position to file by mid next week. The remaining schedule is otherwise fine – if Defendants file their opposition on October 15, we will file a reply by October 22.

Natasha

**From:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>
**Sent:** Thursday, September 25, 2025 5:33 PM
**To:** Korgaonkar, Natasha <Natasha.Korgaonkar@ag.ny.gov>
**Cc:** Muqaddam, Rabia <Rabia.Muqaddam@ag.ny.gov>; Liebowitz, Benjamin <Benjamin.Liebowitz@ag.ny.gov>; Levine, Zoe <Zoe.Levine@ag.ny.gov>; David Moskowitz <David.Moskowitz@coag.gov>; Nora Passamaneck <nora.passamaneck@coag.gov>; Finnuala Tessier <Finnuala.Tessier@coag.gov>; Tresnowski, Michael <Michael.Tresnowski@ilag.gov>
**Subject:** RE: "Legal Services for Aliens" provision

Natasha:

All DOJ grant awards are governed by 2 C.F.R. Part 200 and the DOJ Grants Financial Guide, which includes the provision about unallowable costs for Legal Services for Aliens.  Depending on the subject matter and scope of the grant, however, the legal services provision may not have any relevance because the grant does not contemplate the provision of legal services, such that a grantee would not seek reimbursement for those costs.  While the Guide applies to all DOJ awards, OJP's September 15 notice was intended to alert only those recipients of OJP awards where the provision of legal services could be a potentially allowable cost of the grant.

As for the litigation schedule, the government will agree to the prior schedule we discussed:

- Plaintiffs' complaint and PI - 9/26/25
- Defendants' opposition - 10/15/25
- Plaintiffs' reply - 10/22/25

To enable the parties to litigate the matter on a reasonable PI schedule, the government will agree not to enforce the unallowable cost provision for legal services for aliens to any open OJP or OVW awards to the plaintiff states before October 31.  Further, OJP and OVW will agree to extend the plaintiff states' deadline for acceptance of any OJP and OVW award offers where the unallowable cost provision is applicable to October 31.

Best regards,
Andrew

Andrew I. Warden
Assistant Branch Director
U.S. Department of Justice
Civil Division, Federal Programs Branch
Tel: 202-616-5084

---

**From:** Korgaonkar, Natasha <Natasha.Korgaonkar@ag.ny.gov>
**Sent:** Thursday, September 25, 2025 11:19 AM
**To:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>
**Cc:** Muqaddam, Rabia <Rabia.Muqaddam@ag.ny.gov>; Liebowitz, Benjamin <Benjamin.Liebowitz@ag.ny.gov>; Levine, Zoe <Zoe.Levine@ag.ny.gov>; David Moskowitz <David.Moskowitz@coag.gov>; Nora Passamaneck <nora.passamaneck@coag.gov>; Finnuala Tessier <Finnuala.Tessier@coag.gov>; Tresnowski, Michael <Michael.Tresnowski@ilag.gov>
**Subject:** [EXTERNAL] RE: "Legal Services for Aliens" provision

Andrew,
We understand that DOJ is still considering our question regarding which grants are at issue, but it makes no sense to litigate this issue piecemeal (and I am sure the court would not want us to do that). Ideally, you would agree to the schedule below and will get back to us by tomorrow regarding the application of the "Legal Services for Aliens" provision to other DOJ grants, including VAWA. If not, we will file our complaint and PI motion after you provide a response on the application of the provision to other DOJ grants, and will ask for an expedited schedule in light of enforcement beginning October 31.

Thank you,
Natasha

---

**From:** Korgaonkar, Natasha <Natasha.Korgaonkar@ag.ny.gov>
**Sent:** Tuesday, September 23, 2025 6:43 PM
**To:** andrew.warden@usdoj.gov
**Cc:** Muqaddam, Rabia <Rabia.Muqaddam@ag.ny.gov>; Liebowitz, Benjamin <Benjamin.Liebowitz@ag.ny.gov>; Levine, Zoe <Zoe.Levine@ag.ny.gov>; David Moskowitz <David.Moskowitz@coag.gov>; Nora Passamaneck <nora.passamaneck@coag.gov>; Finnuala Tessier <Finnuala.Tessier@coag.gov>; Michael.Tresnowski@ilag.gov
**Subject:** RE: "Legal Services for Aliens" provision

Andrew, thanks for your email.

The prior schedule was based on the understanding that the August 18 notice was the new condition applicable to grants that received the notice. But after our last conferral, DOJ changed course significantly and amended the DOJ Grants Financial Guide with a revised new condition. OJP also issued a new notice that superseded the August 18 notice, and required compliance with the revised new condition in the DOJ Grants Financial Guide. As a result, any challenge would now necessarily need to address the revised new condition in the DOJ Grants Financial Guide. DOJ's answer to which

grants are covered will necessarily affect the scope of any litigation. We are willing to give DOJ time to figure this out, but the prior agreed schedule was based on a different set of facts, so we hope that you your clients will agree to a revised schedule. We look forward to your response

Thank you,
Natasha

**From:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>
**Sent:** Tuesday, September 23, 2025 3:59 PM
**To:** Korgaonkar, Natasha <Natasha.Korgaonkar@ag.ny.gov>
**Cc:** Muqaddam, Rabia <Rabia.Muqaddam@ag.ny.gov>; Liebowitz, Benjamin <Benjamin.Liebowitz@ag.ny.gov>; Levine, Zoe <Zoe.Levine@ag.ny.gov>; David Moskowitz <David.Moskowitz@coag.gov>; Nora Passamaneck <nora.passamaneck@coag.gov>; Finnuala Tessier <Finnuala.Tessier@coag.gov>; Michael.Tresnowski@ilag.gov
**Subject:** RE: "Legal Services for Aliens" provision

Natasha:

Thanks for send the proposal. I disagree that there's uncertainly here. Your questions have expanded to include grants were not part of our initial conferral, so I need to confer with appropriate folks in the relevant offices (e.g., OVW) to ensure I have accurate information. I will also consider your request to extend the schedule and the non-enforcement commitment to 11/19. I doubt that I'll have an answer to that request by tomorrow morning, but I understand this is a time-sensitive matter for you and I'll provide a response to your questions and scheduling request as soon as I am able.

Thanks,
Andrew

Andrew I. Warden
Assistant Branch Director
U.S. Department of Justice
Civil Division, Federal Programs Branch
Tel: 202-616-5084

**From:** Korgaonkar, Natasha <Natasha.Korgaonkar@ag.ny.gov>
**Sent:** Tuesday, September 23, 2025 2:55 PM
**To:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>
**Cc:** Muqaddam, Rabia <Rabia.Muqaddam@ag.ny.gov>; Liebowitz, Benjamin <Benjamin.Liebowitz@ag.ny.gov>; Levine, Zoe <Zoe.Levine@ag.ny.gov>; David Moskowitz <David.Moskowitz@coag.gov>; Nora Passamaneck <nora.passamaneck@coag.gov>; Finnuala Tessier <Finnuala.Tessier@coag.gov>; Michael.Tresnowski@ilag.gov
**Subject:** [EXTERNAL] RE: "Legal Services for Aliens" provision

Andrew, thank you for your response. It is in all Parties' interest that we have certainty regarding the scope of this dispute prior to litigation. In light of DOJ's own uncertainty regarding application of the "Legal Services for Aliens" provision to other DOJ grants that did not receive the emailed notice, we propose modifying the schedule along the lines below (assuming that you will be positioned to let us know about DOJ's position on application of the provision by this Friday, 9/26):

- Wednesday, 10/15 – Plaintiffs file complaint + PI
- Monday, 11/3 – Defendants file opposition
- Monday, 11/10 – Plaintiffs file reply
- Non-enforcement of the Legal Services provision through 11/19

Please let us know tomorrow morning whether you agree.

Thank you,
Natasha

---

**From:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>
**Sent:** Tuesday, September 23, 2025 11:03 AM
**To:** Korgaonkar, Natasha <Natasha.Korgaonkar@ag.ny.gov>
**Cc:** Muqaddam, Rabia <Rabia.Muqaddam@ag.ny.gov>; Liebowitz, Benjamin <Benjamin.Liebowitz@ag.ny.gov>; Levine, Zoe <Zoe.Levine@ag.ny.gov>; David Moskowitz <David.Moskowitz@coag.gov>; Nora Passamaneck <nora.passamaneck@coag.gov>; Finnuala Tessier <Finnuala.Tessier@coag.gov>; Michael.Tresnowski@ilag.gov
**Subject:** RE: "Legal Services for Aliens" provision

Natasha:

I'm in the process of conferring here about your follow up question from Friday regarding application of the "Legal Services for Aliens" provision to other non-OJP DOJ grants that did not receive the email notice. I expect to have additional information later this week.

Thanks,
Andrew

Andrew I. Warden
Assistant Branch Director
U.S. Department of Justice
Civil Division, Federal Programs Branch
Tel: 202-616-5084

---

**From:** Korgaonkar, Natasha <Natasha.Korgaonkar@ag.ny.gov>
**Sent:** Tuesday, September 23, 2025 10:35 AM
**To:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>
**Cc:** Muqaddam, Rabia <Rabia.Muqaddam@ag.ny.gov>; Liebowitz, Benjamin <Benjamin.Liebowitz@ag.ny.gov>; Levine, Zoe <Zoe.Levine@ag.ny.gov>; David Moskowitz <David.Moskowitz@coag.gov>; Nora Passamaneck <nora.passamaneck@coag.gov>; Finnuala Tessier <Finnuala.Tessier@coag.gov>; Michael.Tresnowski@ilag.gov
**Subject:** [EXTERNAL] RE: "Legal Services for Aliens" provision

Andrew, just wanted to circle back on our email below. We are available to do a call with you today to discuss. If this works, please let us know your availability.

Thanks,
Natasha

---

**From:** Korgaonkar, Natasha
**Sent:** Friday, September 19, 2025 6:34 PM
**To:** Andrew.Warden@usdoj.gov
**Cc:** Muqaddam, Rabia <Rabia.Muqaddam@ag.ny.gov>; Liebowitz, Benjamin <Benjamin.Liebowitz@ag.ny.gov>; Levine, Zoe <Zoe.Levine@ag.ny.gov>; David Moskowitz <David.Moskowitz@coag.gov>; Nora Passamaneck <nora.passamaneck@coag.gov>; Finnuala Tessier <Finnuala.Tessier@coag.gov>
**Subject:** "Legal Services for Aliens" provision

Andrew, thanks so much. We take from your response that the fact that the "Legal Services for Aliens" provision is now included in Section 3.13 of the DOJ Grants Financial Guide does not mean that every DOJ grant (such as VAWA) is subject to the condition, only those grants for which a specific notice was issued. We would also appreciate confirmation as to whether DOJ intends to apply this provision to the VAWA grants awarded in August, and the VOCA grants awarded this week both of which contain a reference to the Financial Guide.

Natasha

---

**From:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>
**Sent:** Friday, September 19, 2025 4:00 PM
**To:** Korgaonkar, Natasha <Natasha.Korgaonkar@ag.ny.gov>
**Cc:** Muqaddam, Rabia <Rabia.Muqaddam@ag.ny.gov>; Liebowitz, Benjamin <Benjamin.Liebowitz@ag.ny.gov>; Levine, Zoe <Zoe.Levine@ag.ny.gov>; David Moskowitz <David.Moskowitz@coag.gov>; Nora Passamaneck <nora.passamaneck@coag.gov>; Finnuala Tessier <Finnuala.Tessier@coag.gov>
**Subject:** RE: ] RE: NJ v. DOJ, 25cv404

Natash:

I'm a bit confused by your question, so perhaps it might be better to talk in person next week to make sure I understand.  On Aug. 18, recipients of every open OJP award under which legal services potentially were allowable were sent an e-mail message that led to our email exchange below about the new case you're planning to file.  To confirm, that email did not go to every OJP award.  Instead, it only went to a certain sub-set of OJP awards where legal services potentially were allowable.  I understand OJP sent a superseding notice on Sept. 15 to the same group recipients who received the Aug. 18 notice advising them that the unallowable cost provision for legal services for aliens in the DOJ Grants Financial Guide, in Chapter 3.13, will be effective as to OJP awards on October 31. To the extent your question is what OJP awards does the Aug./Sept notices apply, the answer is OJP award recipients who received the notices.

Thanks,
Andrew

Andrew I. Warden

Assistant Branch Director
U.S. Department of Justice
Civil Division, Federal Programs Branch
Tel: 202-616-5084

---

**From:** Korgaonkar, Natasha <Natasha.Korgaonkar@ag.ny.gov>
**Sent:** Friday, September 19, 2025 12:07 PM
**To:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>; Gonzalez, Heidy (CIV) <Heidy.Gonzalez@usdoj.gov>
**Cc:** Muqaddam, Rabia <Rabia.Muqaddam@ag.ny.gov>; Liebowitz, Benjamin <Benjamin.Liebowitz@ag.ny.gov>; Levine, Zoe <Zoe.Levine@ag.ny.gov>; David Moskowitz <David.Moskowitz@coag.gov>; Nora Passamaneck <nora.passamaneck@coag.gov>; Finnuala Tessier <Finnuala.Tessier@coag.gov>
**Subject:** [EXTERNAL] RE: ] RE: NJ v. DOJ, 25cv404

Andrew,

We received emailed notices that the "Legal Services for Aliens" condition applies to VOCA and Byrne grants awarded prior to September 15, 2025. We did not receive notices for any other grants. Can you confirm that this condition does not apply to any other DOJ grants awarded prior to September 15, 2025 (e.g., VAWA, including the FY2025 awards issued in August)? Given the parties' agreed-upon schedule and our understanding that the condition applies only to VOCA and Byrne grants, we appreciate a response today.

Thank you,
Natasha

---

**From:** Korgaonkar, Natasha <Natasha.Korgaonkar@ag.ny.gov>
**Sent:** Friday, September 12, 2025 4:45 PM
**To:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>; Gonzalez, Heidy (CIV) <Heidy.Gonzalez@usdoj.gov>
**Cc:** Muqaddam, Rabia <Rabia.Muqaddam@ag.ny.gov>; Liebowitz, Benjamin <Benjamin.Liebowitz@ag.ny.gov>; Levine, Zoe <Zoe.Levine@ag.ny.gov>; David Moskowitz <David.Moskowitz@coag.gov>; Nora Passamaneck <nora.passamaneck@coag.gov>; Finnuala Tessier <Finnuala.Tessier@coag.gov>
**Subject:** RE: ] RE: NJ v. DOJ, 25cv404

Thank you, Andrew. (Also, I've moved colleagues handling the case referenced in the subject line into BCC, and have added in additional points of contact for this matter.)

Have a good weekend,
Natasha

---

**From:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>
**Sent:** Wednesday, September 10, 2025 6:31 PM

**To:** Korgaonkar, Natasha <Natasha.Korgaonkar@ag.ny.gov>; Shankar Duraiswamy <shankar.duraiswamy@njoag.gov>; Gonzalez, Heidy (CIV) <Heidy.Gonzalez@usdoj.gov>; Mayur Saxena <Mayur.Saxena@law.njoag.gov>; Liston, Ian (DOJ) <ian.liston@delaware.gov>; Lee.Sherman@doj.ca.gov; PDolan@riag.ri.gov; Hemmer, Alex <Alex.Hemmer@ilag.gov>
**Cc:** Muqaddam, Rabia <Rabia.Muqaddam@ag.ny.gov>; Liebowitz, Benjamin <Benjamin.Liebowitz@ag.ny.gov>; Levine, Zoe <Zoe.Levine@ag.ny.gov>
**Subject:** RE: ] RE: NJ v. DOJ, 25cv404

Natasha:

We have no objection to your revised schedule, including postponing the effective date through 10/31.  I'd suggest we submit a joint scheduling motion shortly after your complaint is filed.

Thanks,
Andrew

Andrew I. Warden
Assistant Branch Director
U.S. Department of Justice
Civil Division, Federal Programs Branch
Tel: 202-616-5084

---

**From:** Warden, Andrew (CIV)
**Sent:** Friday, September 5, 2025 6:11 PM
**To:** Korgaonkar, Natasha <Natasha.Korgaonkar@ag.ny.gov>; Shankar Duraiswamy <shankar.duraiswamy@njoag.gov>; Gonzalez, Heidy (CIV) <Heidy.Gonzalez@usdoj.gov>; Mayur Saxena <Mayur.Saxena@law.njoag.gov>; Liston, Ian (DOJ) <ian.liston@delaware.gov>; Lee.Sherman@doj.ca.gov; PDolan@riag.ri.gov; Hemmer, Alex <Alex.Hemmer@ilag.gov>
**Cc:** Muqaddam, Rabia <Rabia.Muqaddam@ag.ny.gov>; Liebowitz, Benjamin <Benjamin.Liebowitz@ag.ny.gov>; Levine, Zoe <Zoe.Levine@ag.ny.gov>
**Subject:** RE: ] RE: NJ v. DOJ, 25cv404

Natasha:

Thanks for sending this proposal.  I'll need to confer with folks on my end and will aim to get back to you next week.

Thanks,
Andrew

Andrew I. Warden
Assistant Branch Director
U.S. Department of Justice
Civil Division, Federal Programs Branch
Tel: 202-616-5084

---

**From:** Korgaonkar, Natasha <Natasha.Korgaonkar@ag.ny.gov>
**Sent:** Friday, September 5, 2025 1:47 PM
**To:** Shankar Duraiswamy <shankar.duraiswamy@njoag.gov>; Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>; Gonzalez, Heidy (CIV) <Heidy.Gonzalez@usdoj.gov>; Mayur Saxena

<Mayur.Saxena@law.njoag.gov>; Liston, Ian (DOJ) <ian.liston@delaware.gov>; Lee.Sherman@doj.ca.gov; PDolan@riag.ri.gov; Hemmer, Alex <Alex.Hemmer@ilag.gov>
**Cc:** Muqaddam, Rabia <Rabia.Muqaddam@ag.ny.gov>; Liebowitz, Benjamin <Benjamin.Liebowitz@ag.ny.gov>; Levine, Zoe <Zoe.Levine@ag.ny.gov>
**Subject:** [EXTERNAL] RE: ] RE: NJ v. DOJ, 25cv404

Thank you, Shankar.

Andrew, thank you for your response and clarification. The States maintain our right to pursue litigation challenging the unallowable costs discussed in the August 18 notices, and we share your interest in aligning on a reasonable schedule. We propose the following:

Plaintiffs' complaint and PI - 9/26/25
Defendants' opposition - 10/15/25
Plaintiffs' reply - 10/22/25
Postponement of the effective date/enforceability of the August 18 unallowable costs through 10/31/25

We welcome your response.
Thanks,
Natasha

---

**From:** Shankar Duraiswamy <Shankar.Duraiswamy@njoag.gov>
**Sent:** Friday, September 5, 2025 1:29 PM
**To:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>; Gonzalez, Heidy (CIV) <Heidy.Gonzalez@usdoj.gov>; Mayur Saxena <Mayur.Saxena@law.njoag.gov>; Liston, Ian (DOJ) <ian.liston@delaware.gov>; Lee.Sherman@doj.ca.gov; PDolan@riag.ri.gov; Hemmer, Alex <Alex.Hemmer@ilag.gov>
**Cc:** Korgaonkar, Natasha <Natasha.Korgaonkar@ag.ny.gov>; Muqaddam, Rabia <Rabia.Muqaddam@ag.ny.gov>; Liebowitz, Benjamin <Benjamin.Liebowitz@ag.ny.gov>; Levine, Zoe <Zoe.Levine@ag.ny.gov>
**Subject:** RE: ] RE: NJ v. DOJ, 25cv404

Andrew,

I'm copying in my colleagues from the New York AG's office to respond to your proposal below. Thanks.

---

**From:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>
**Sent:** Thursday, August 28, 2025 9:49 AM
**To:** Shankar Duraiswamy <Shankar.Duraiswamy@njoag.gov>; Gonzalez, Heidy (CIV) <Heidy.Gonzalez@usdoj.gov>; Mayur Saxena <Mayur.Saxena@law.njoag.gov>; Ian.Liston@delaware.gov; Lee.Sherman@doj.ca.gov; PDolan@riag.ri.gov; alex.hemmer@ilag.gov
**Subject:** [EXTERNAL] RE: ] RE: NJ v. DOJ, 25cv404

Shankar:

OJP has advised that the notices sent on August 18 were directed only to recipients of open grant awards where the provision of legal services—under any circumstances—could be a potentially allowable cost. The notices do not apply to any costs of any kind incurred before August 18. Therefore, any costs incurred before August 18 will be paid according to terms and conditions of the applicable grant award, without regard to anything contained in the August 18 notices.

As to costs incurred on or after August 18, the notices explain that legal services to any removable alien or any alien otherwise unlawfully present in the United States shall be unallowable costs, subject to the exceptions listed in the notices. If the States intend to pursue litigation challenging the notices, the government would agree to postpone the effective date of the notices for the Plaintiff States until October 10 to allow the parties to litigate a motion for a preliminary injunction on a reasonable schedule. If you were to file a motion for a preliminary injunction, we'd suggest you file your motion on September 10 and the government respond on September 24. That would give both sides two weeks to prepare papers and provide the court with about two weeks to decide the motion. Please let me know if this approach is acceptable to you.

I've dropped the other DOJ folks handling the PRWORA litigation to BCC. I'll be the POC on this matter going forward.

Thanks,
Andrew


Andrew I. Warden
Assistant Branch Director
U.S. Department of Justice
Civil Division, Federal Programs Branch
Tel: 202-616-5084



Case 1:25-cv-00499-MRD-AEM   Document 34-1   Filed 10/31/25   Page 11 of 14 PageID #: 841