# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STATE OF NEW YORK, et al.,
      *Plaintiffs*,

v.

UNITED STATES DEPARTMENT OF
JUSTICE, et al.,
      *Defendants*.

No. 1:25-cv-00499-MRD-AEM

## SUPPLEMENTAL DECLARATION OF MICHAEL J. HOGAN

I, Michael J. Hogan, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct:

1. I am over the age of eighteen and understand the obligations of an oath.

2. I make this affidavit based on personal knowledge. I am the Executive Director of the Rhode Island Public Safety Grant Administration Office (PSGAO) within the Department of Public Safety located in Rhode Island, and I have held this role since 2017.

3. On or about August 18, 2025, the PSGAO received emails from the Office of Justice Programs entitled "Notice Regarding Unallowable Costs," including one such email for each of our open VOCA Victim Assistance grants (*i.e.*, for each of FY2022, FY2023, and FY2024). The notice read as follows:

*The unallowable cost notice and legal services restriction*

Effective immediately upon receipt of this notice, any obligations of funds, at any tier, under this award to provide (or to support the provision of) legal services to any removable alien or any alien otherwise unlawfully present in the United States shall be unallowable costs for purposes of this award, but the foregoing shall not be understood to apply—(1) to legal services to obtain protection orders for victims of

1

crime; or (2) to immigration-related legal services that may be expressly authorized or required by any law, or any judicial ruling, governing or applicable to the award.

4. On or about September 15, 2025, the PSGAO received another email notice from the Office of Justice Programs superseding the August 18, 2025, Notice and reading as follows:

*Notice Regarding Unallowable Costs Under the Award 15POVC-23-GG-00412-ASSI*

*(re: legal services to certain aliens)*

The notice entitled "Notice Regarding Unallowable Costs Under the Award" that was sent on August 18, 2025 (which this notice supersedes), will be implemented as specified in the DOJ Grants Financial Guide, in Chapter 3.13 "Unallowable Costs" ("Legal Services for Aliens"). As provided in the award itself, compliance with the DOJ Grants Financial Guide is a material requirement of the award. The award requirement specified in the DOJ Grants Financial Guide, in Chapter 3.13 "Unallowable Costs" ("Legal Services for Aliens") will be effective – and will be subject to enforcement under this Federal grant award from the Department of Justice – starting on October 31, 2025.

5. On or about September 17, 2025, the PSGAO received the FY2025 Notice of Award for VOCA funding, which required the recipient to agree "to comply with the DOJ Grants Financial Guide."

6. As of the date of this declaration, the DOJ Grants Financial Guide contains the following language under § 3.13 Unallowable Costs:

*Legal Services for Aliens*

Except as indicated in the following sentence, costs of providing legal services (that is, professional services of the kind lawfully provided only by individuals licensed to practice law) to any removable alien (see 8 U.S.C. § 1229a(e)(2)) or any alien otherwise unlawfully present in the United States are disallowed and may not be charged against the award.

Costs for legal services disallowed under the preceding sentence do not include costs for legal services— (1) to obtain protection orders for victims of crime (including associated or related orders (e.g., custody orders), arising from the victimization); (2) that are associated with or relate to actions under 18 U.S.C. ch. 77 (peonage, slavery, and trafficking in persons); (3) to obtain T-visas, U-visas, or "continued presence" immigration status (see, e.g., 8 U.S.C. § 1101(a)(15)(T) & (U); 22 U.S.C. §

2

7105(c)(3)(A)); or (4) as to which such disallowance would contravene any express requirement of any law, or of any judicial ruling, governing or applicable to the award.

7. As of the date of this declaration, PSGAO has received no further notice or guidance from the Department of Justice on the scope or application of the legal services restriction to the VOCA or any other award.

8. In response to the plain language of the award notices described above, the PSGAO has updated the "Conditions and Assurances" document that we require all VOCA subrecipients to sign. This document now requires recipients to "acknowledge that all DoJ grants are subject to the conditions found in the DoJ financial Guide." The PSGAO has also engaged in extensive conversations with our VOCA subrecipients on compliance initiatives and how to handle the ambiguous scope and terms of the condition.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of November, 2025, in Scituate, Rhode Island.

_____
Michael J. Hogan
Executive Director
PSGAO