UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STATE OF NEW YORK, et al.,

_Plaintiffs_,

v.

UNITED STATES DEPARTMENT OF
JUSTICE, et. al.

_Defendants_.

No. 1:25-cv-00499-MRD-AEM

<u>JOINT MOTION TO DISMISS THE COMPLAINT WITHOUT PREJUDICE
SUBJECT TO THE TERMS OF THE PARTIES' STIPULATION</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Defendants United States Department of Justice; Pamela J. Bondi, in her official capacity as Attorney General of the United States; Office of Justice Programs; Maureen Henneberg, in her official capacity as Deputy Assistant Attorney General for the Office of Justice Programs; Office for Victims Of Crime; Katherine Darke Schmitt, in her official capacity as Acting Director of the Office for Victims of Crime; Bureau of Justice Assistance; Tammie Gregg, in her official capacity as Acting Director of the Bureau of Justice Assistance; Office on Violence Against Women; and Ginger Baran Lyons, in her official capacity as Deputy Director for Grants Development and Management of the Office on Violence Against Women ("Defendants"), and Plaintiffs State of New York; State of Colorado; State of Illinois; State of Rhode Island; State of Arizona; State of California; District of Columbia; State of Connecticut; State of Delaware; State of Maine; State of Maryland; Commonwealth of Massachusetts; State of Michigan; State of Minnesota; State of Nevada; State of New Jersey; State of New Mexico; State of Oregon; State of Vermont; and State of Washington ("Plaintiffs")

1

(collectively, the "Parties")[1] move the Court to dismiss Plaintiffs' Complaint without prejudice subject to the terms of the below stipulation.

WHEREAS, Plaintiffs filed the Complaint and Motion for Preliminary Injunction in this action on October 1, 2025 (ECF Nos. 1, 3);

WHEREAS, Plaintiffs' Complaint alleges that Defendants' adoption of a provision restricting the use of Department of Justice grant funds to provide legal services for certain immigrants as recited in the DOJ Grants Financial Guide (the "Legal Services Provision") is contrary to law, arbitrary and capricious, and unconstitutional;

WHEREAS, the Legal Services Provision provides that:

[C]osts of providing legal services (that is, professional services of the kind lawfully provided only by individuals licensed to practice law) to any removable alien (*see* 8 U.S.C. § 1229a(e)(2)) or any alien otherwise unlawfully present in the United States are disallowed and may not be charged against the award.

Grants Guide, Ch. 3.13;

WHEREAS, the Legal Services Provision further specifies that "[c]osts for legal services disallowed under the preceding sentence do not include costs for legal services":

(1) to obtain protection orders for victims of crime (including associated or related orders (e.g., custody orders), arising from the victimization); (2) that are associated with or relate to actions under 18 U.S.C. ch. 77 (peonage, slavery, and trafficking in persons); (3) to obtain T-visas, U-visas, or "continued presence" immigration status (see, e.g., 8 U.S.C. § 1101(a)(15)(T) & (U); 22 U.S.C. § 7105(c)(3)(A)); or (4) as to which such disallowance would contravene any express requirement of any law, or of any judicial ruling, governing or applicable to the award.

*Id.* (the "Unallowable Costs" provision);

---

[1] As shared with the Court and Defendants, Plaintiff State of Wisconsin is not a party to this stipulation and dismissal, as its state laws require approval from a state legislative committee before it can join the stipulation and dismiss its claims. *See* Wis. Stat. s. 165.08(1). Plaintiff State of Wisconsin will seek that approval forthwith.

WHEREAS, regulations currently in effect and applicable to the Victims of Crime Act ("VOCA") Victim Assistance grants and grants made under the Violence Against Women Act ("VAWA") provide that: "[v]ictim eligibility under this program for direct services is not dependent on the victim's immigration status." 28 C.F.R. §§ 94.103(a), 94.116 (VOCA Victim Assistance); *id*. § 90.4(c) (VAWA);

WHEREAS, in opposition to Plaintiffs' Motion for Preliminary Injunction, Defendants asserted, among other things, that the Legal Services Provision "does not apply to VOCA's Victim Assistance Program or VAWA Programs," s*ee* ECF No. 28-1, at 22; *see also id.* at 8, because, due to the regulations currently in effect and applicable to those grant programs, *see* 28 C.F.R. §§ 94.103(a), 94.116 (VOCA Victim Assistance); *id.* § 90.4(c) (VAWA), disallowing costs incurred under those programs pursuant to the challenged provision "would contravene an[] express requirement of . . . law," Grants Guide, Ch. 3.13—namely, the requirement in the regulations that eligibility not be dependent on immigration status;

WHEREAS, Plaintiffs have agreed to dismiss the Complaint without prejudice subject to Defendants' stipulation to their statements interpreting the Legal Services Provision as applied to VOCA Victim Assistance and VAWA grants;

THEREFORE, the Parties do HEREBY STIPULATE AND AGREE as follows:

1.    With respect to Plaintiff States' current open grant awards under the VOCA Victim Assistance and VAWA grant programs, Defendants agree that the Legal Services Provision does not apply to those grant awards;

2.    Plaintiff States reserve all rights with respect to any arguments, defenses, or actions regarding any grants or programs containing an "Unallowable Costs" provision;

3.    On the basis of Defendants' representations in this stipulation, the Parties agree that the Complaint shall be dismissed without prejudice; and

4.    All parties will bear their own fees and costs.

Accordingly, the Parties respectfully request that the Court dismiss the Complaint without prejudice subject to terms of the above stipulation.

Dated: November 24, 2025                    Respectfully submitted,

*Counsel for Defendants*

By: */s/ Elisabeth J. Neylan*
Brett A Shumate
*Assistant Attorney General, Civil Division*
Yaakov M. Roth
*Principal Deputy Assistant Attorney General*
Andrew I. Warden
*Assistant Branch Director*
Elisabeth J. Neylan
N.Y. Bar Reg. No.: 6125736
*Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
(202) 616-3519
Elisabeth.J.Neylan@usdoj.gov

*Attorneys for Plaintiffs*

**LETITIA JAMES**                    **PHILIP J. WEISER**
Attorney General for the State of New York    Attorney General for the State of Colorado

By: */s/ Natasha M. Korgaonkar*        By: */s/ David Moskowitz*
Rabia Muqaddam                David Moskowitz
*Chief Counsel for Federal Initiatives*        *Deputy Solicitor General*
Natasha M. Korgaonkar            Nora Passamaneck
*Special Counsel*                Finnuala K. Tessier
Zoe Levine                    *Senior Assistant Attorneys General*
*Special Counsel*                Colorado Department of Law
Benjamin Liebowitz                1300 Broadway, #10
*Assistant Attorney General*            Denver, CO 80203

28 Liberty St. New York, NY 10005
212-416-6557
Natasha.Korgaonkar@ag.ny.gov

*Attorneys for the State of New York*

(720) 508-6000
david.moskowitz@coag.gov

*Attorneys for the State of Colorado*


**KWAME RAOUL**
Attorney General of Illinois

By: */s/ Michael M. Tresnowski*
Alex Hemmer
*Deputy Solicitor General*
Christopher G. Wells
*Chief of the Public Interest Division*
Vikas Didwania
*Complex Litigation Counsel*
Michael M. Tresnowski
R. Henry Weaver
*Assistant Attorneys General*
Office of the Illinois Attorney General
115 LaSalle Street
Chicago, IL 60603
(773) 758-4496
Michael.Tresnowski@ilag.gov

*Attorneys for the State of Illinois*

**PETER F. NERONHA**
Attorney General of Rhode Island

By: */s/ Kathryn Sabatini*
Kathryn M. Sabatini (RI No. 8486)
*Chief, Civil Division*
*Special Assistant Attorney General*
Paul T.J. Meosky (RI No. 10742)
*Special Assistant Attorney General*
150 South Main Street
Providence, RI 02903
(401) 274-4400
KSabatini@riag.ri.gov
PMeosky@riag.ri.gov

*Attorneys for the State of Rhode Island*


**KRISTIN K. MAYES**
Attorney General of Arizona

By: */s/ Joshua G. Nomkin*
Joshua G. Nomkin
Office of the Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004
(602) 542-3333
Joshua.Nomkin@azag.gov

*Attorney for the State of Arizona*

**ROB BONTA**
Attorney General for the State of California

Michael L. Newman
*Senior Assistant Attorney General*
Joel Marrero
*Supervising Deputy Attorney General*
Jesse Basbaum
Brian Bilford
Luke Freedman
Lee I. Sherman
*Deputy Attorneys General*

By: */s/ Christopher P. Tenorio*
Christopher P. Tenorio
*Deputy Attorney General*

5

California Department of Justice
600 W. Broadway, Suite 1800
San Diego, CA 92101 (619) 738-9000
Christopher.Tenorio@doj.ca.gov

*Attorneys for the State of California*

**BRIAN L. SCHWALB**
Attorney General for the District of Columbia

By: */s/ Mitchell P. Reich*
Mitchell P. Reich
*Senior Counsel to the Attorney General*
Office of the Attorney General for the District
of Columbia
400 Sixth Street, NW
Washington, D.C. 20001
(202) 279-1261
mitchell.reich@dc.gov

*Attorney for the District of Columbia*

**KATHLEEN JENNINGS**
Attorney General of the State of Delaware

By: */s/ Ian R. Liston*
Ian R. Liston
*Director of Impact Litigation*
Vanessa L. Kassab
*Deputy Attorney General*
Rose Gibson
*Assistant Attorney General*
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
Ian.Liston@delaware.gov

*Attorneys for the State of Delaware*

**WILLIAM TONG**
Attorney General of Connecticut

By: */s/ Ashley Meskill*
Ashley Meskill
*Assistant Attorney General*
Connecticut Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5270
ashley.meskill@ct.gov

*Attorney for the State of Connecticut*

**AARON M. FREY**
Attorney General for the State of Maine

By: */s/ Stanley Abraham*
Stanley Abraham
*Assistant Attorney General*
Office of the Attorney General
 6 State House Station
Augusta, ME  04333-0006
Tel.:  207-626-8800
Fax:  207-287-3145
Stanley.Abraham@maine.gov

*Attorney for the State of Maine*

6

**ANTHONY G. BROWN**
Attorney General for the State of Maryland

By: */s/ Virginia A. Williamson*
Virginia A. Williamson
*Assistant Attorney General*
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6584
VWilliamson@oag.state.md.us

*Attorney for the State of Maryland*

**ANDREA JOY CAMPBELL**
Attorney General for the Commonwealth of
Massachusetts

By: */s/ Michelle R. Pascucci*
Katherine B. Dirks
*Chief State Trial Counsel*
Michelle Rita Pascucci
*State Trial Counsel*
1 Ashburton Place
Boston, Massachusetts 02108
(617) 963-2255
Katherine.Dirks@mass.gov
Michelle.Pascucci@mass.gov

*Attorneys for the Commonwealth of
Massachusetts*

**DANA NESSEL**
Attorney General of Michigan

By: */s/ Neil Giovanatti*
Neil Giovanatti
John Pallas
*Assistant Attorneys General*
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov
PallasJ@michigan.gov

*Attorneys for the State of Michigan*

**KEITH ELLISON**
Attorney General for the State of Minnesota

By: */s/ Joseph R. Richie*
Joseph R. Richie
*Special Counsel*
445 Minnesota Street, Suite 1400
St. Paul, Minnesota, 55101
(651) 300-0921
joseph.richie@ag.state.mn.us

*Attorney for the State of Minnesota*

**AARON D. FORD**
Attorney General for the State of Nevada

By: */s/ Heidi Parry Stern*
Heidi Parry Stern
*Solicitor General*
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
HStern@ag.nv.gov

**MATTHEW J. PLATKIN**
Attorney General of New Jersey

By: */s/ Meghan Musso*
Meghan Musso
Amanda McElfresh
*Deputy Attorneys General*
Office of the Attorney General
25 Market Street
Trenton, NJ 08625

*Attorney for the State of Nevada*

(609) 696-5276
meghan.musso@law.njoag.gov

*Counsel for the State of New Jersey*

**RAÚL TORREZ**
Attorney General for the State of New Mexico

By: */s/ Mark Noferi*
Mark Noferi
*Senior Litigation Counsel*
NM Department of Justice
408 Galisteo Street
Santa Fe, New Mexico 87501
(505) 490-4060
MNoferi@nmdoj.gov

*Attorney for the State of New Mexico*

**DAN RAYFIELD**
Attorney General of Oregon

By: */s/ Scott P. Kennedy*
Scott P. Kennedy
*Senior Assistant Attorney General*
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Tel (971) 453-9050
Fax (971) 673-5000
Scott.Kennedy@doj.oregon.gov

*Attorney for Plaintiff State of Oregon*

**CHARITY R. CLARK**
Attorney General for the State of Vermont

By: */s/ Jonathan T. Rose*
Jonathan T. Rose
*Solicitor General*
109 State Street
Montpelier, VT 05609
(802) 828-3171
jonathan.rose@vermont.gov

*Attorney for the State of Vermont*

**NICHOLAS W. BROWN**
Attorney General of Washington

By: */s/ Benjamin Seel*
Benjamin Seel
*Assistant Attorney General*
Marsha Chien
Cristina Sepe
*Deputy Solicitors General*
Washington State Office
of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
Benjamin.Seel@atg.wa.gov

*Attorneys for the State of Washington*